UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN URBAN and ADELA GARCIA,

    Plaintiffs,

v.        Case No: 2:13-cv-757-FtM-38DNF

VISION HEALTH CARE GROUP, INC., SLEEP HEALTH INNOVATIONS, L.L.C., SLEEP MEDICINE SPECIALISTS OF SOUTHWEST FLORIDA, P.A., SEAN M. BLEDSOE, JULIO E. CONRADO and CYNTHIA L. BLEDSOE,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Joint Stipulation of Voluntary Dismissal of Defendant Sleep Medicine Specialists of Southwest Florida (Doc. #15) filed on January 3, 2014. These parties, through their respective counsel, stipulate to the dismissal of this case without prejudice.

Fed. R. Civ. P. 41(a)(1)(A) provides that an action may be dismissed by the plaintiff without order of the court by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. Here, all parties to this litigation who have appeared have signed and consented to the stipulation.

Accordingly, it is now

**ORDERED:**

(1) This matter between Plaintiff and Defendant Sleep Medicine Specialists of Southwest Florida, P.A., is hereby **DISMISSED without prejudice** pursuant to the Joint Stipulation of Voluntary Dismissal of Defendant Sleep Medicine Specialists of Southwest Florida (Doc. #15), with each party to bear its own attorneys' fees and costs.

(2) The Clerk is directed to terminate all deadlines as to Defendant Sleep Medicine Specialists of Southwest Florida, P.A. only and correct the docket to terminate this Defendant.

(3) The entry of judgment will be withheld until the conclusion of the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of January, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record