UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN URBAN and ADELA GARCIA,

    Plaintiffs,

v.                        Case No:   2:13-cv-757-FtM-38DNF

VISION HEALTH CARE GROUP,
INC. SLEEP HEALTH
INNOVATIONS, L.L.C., SEAN M.
BLEDSOE, JULIO E. CONRADO
and CYNTHIA L. BLEDSOE,

    Defendants.
_____/

**ORDER**[1]

    This matter comes before the Court on Plaintiff Karen Urban's and Adela Garcia's Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. #22, Doc. #24) filed April 17, 2014.  Plaintiffs consent to United States Magistrate Judge Douglas N. Frazier's authority over all further proceedings in this case.  To date, however, Defendants Vision Health Care Group, Inc., Sleep Health Innovations, L.L.C., Sean M. Bledsoe, Julio E. Congrado, and Cynthia L. Bledsoe have not signed either of Plaintiff's consent forms.  Without Defendants' consent, the Court cannot refer this case to Magistrate Judge Frazier.  (Doc. #21 at 7).

    Accordingly, it is

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

The parties shall advise the Court on or before **May 14, 2014**, as to whether Plaintiffs and Defendants voluntarily consent to United States Magistrate Judge Douglas N. Frazier conducting all further proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings. Any party who withholds consent may do so without adverse substantive consequences.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of May, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record