UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN URBAN and ADELA GARCIA,

    Plaintiffs,

v.                                            Case No:  2:13-cv-757-FtM-38DNF

VISION HEALTH CARE GROUP,
INC., SEAN M. BLEDSOE, JULIO E.
CONRADO, and CYNTHIA L.
BLEDSOE,

    Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiffs Karen Urban and Adela Garcia and Defendants Vision Health Care Group, Inc., Sean M. Bledsoe, Julio E. Congrado, and Cynthia L. Bledsoe's Joint Notice of Consent to Magistrate Judge (Doc. #27) filed on May 14, 2014.  The parties have voluntarily consented to United States Magistrate Judge Douglas N. Frazier conducting all further proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

Accordingly, it is

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

This case is referred to a United States Magistrate Judge Douglas N. Frazier to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Rule 73 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of May, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record