UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN URBAN and ADELA GARCIA,
    Plaintiffs,

v.            Case No:   2:13-cv-757-FtM-DNF

VISION HEALTH CARE GROUP, INC.,
SLEEP HEALTH INNOVATIONS, L.L.C.,
SEAN M. BLEDSOE, JULIO E.
CONRADO and CYNTHIA L. BLEDSOE,
    Defendants.

## ORDER

This cause is before the Court on the parties' Joint Stipulation for Dismissal Without Prejudice (Doc. 39) filed on January 8, 2015, and the Joint Notice to the Court in Response to January 9, 2015 Order (Doc. 41) filed on January 9, 2015. The parties have agreed to the dismissal of this case without prejudice in its entirety, and a case is deemed dismissed without prejudice upon the filing of such a stipulation.  *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

**IT IS HEREBY ORDERED:**

The Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE** and **ORDERED** in Fort Myers, Florida on January 12, 2015.

*/s/ Douglas N. Frazier*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties